**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert J Dalton, | No. CV-21-08096-PCT-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Diverified Adjustments/Sprint, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for More Definite Statement (Doc. 7). *Pro se* Plaintiff has not filed any response, and the time to do so has expired. *See* LRCiv 7.2.

This action was removed from Mohave County Justice Court because Defendant thinks Plaintiff might have alleged a federal claim, a violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1692 *et seq.* (Doc. 1). Now Defendant seeks a more definite statement, one "that would plausibly suggest [it] violated the FCRA." (Doc. 7 at 3).

Upon review of the Complaint, the Court cannot find any explicit invocation of the FCRA or any other federal cause of action. (Doc. 1-3 at 2). It may well be that Plaintiff only wanted to bring state law claims, such as a claim under Arizona's Consumer Reporting Agency Act. *See* A.R.S. § 44-1691 *et seq.* This case, then, was not removed because Plaintiff clearly invoked a federal cause of action. It was removed because of Defendant's characterization of the ambiguous Complaint.

There is a strong presumption against removal jurisdiction, and Defendant has the

burden to show removal is proper. *See Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). By asking Plaintiff to state a federal claim that was not clearly stated before, Defendant is, in effect, burdening Plaintiff. Defendant's Motion also impliedly concedes it cannot show removal is proper. Because Defendant cannot carry its burden, this Court lacks jurisdiction over this matter. *See* 28 U.S.C. § 1441. The Court will remand this case to Mohave County Justice Court where the parties may clarify Plaintiff's claims.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for More Definite Statement (Doc. 7) is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall kindly remand this action to the Mohave County Justice Court.

Dated this 10th day of June, 2021.

Honorable Diane J. Humetewa
United States District Judge